UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSE RODRIGUEZ, JR.,

    Plaintiff,                         Case No.  2:11-CV-515

v.                                          Hon. Gordon J. Quist

JEFFREY STIEVE, et al.,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Greeley's Report and Recommendation issued on May 14, 2013.  The Report and Recommendation was duly served on Plaintiff by mail on May 14, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 14, 2013 (docket no. 69), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (docket nos. 29, 32) are **GRANTED**.  Plaintiff's claims under 42 U.S.C. § 1983 are **dismissed with prejudice**.  Plaintiff's breach of contract claim is **dismissed without prejudice**.  *See* 28 U.S.C. § 1367(c)(3).

This case is **concluded**.

A separate judgment will enter.

Dated:  June 6, 2013                                                /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE